**FORRESTER LAW PRACTICE**
320 E. Virginia Ave.
Phoenix, AZ 85004
Telephone: 602-889-5778;
Fax: 602-257-5014
scott@forresterlawpractice.com

**Scott M. Forester State Bar #029252**
**Attorney for Debtor**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:19-bk-05257-EPB<br>In Proceedings under Chapter 7 |
| Ashlynn Medina, | |
| | **MOTION FOR EXTENSION OF TIME** |
| | **TO FILE REMAINING SCHEDULES** |
| | **AND STATEMENTS** |
| Debtor. | |

    Now comes, Ashlynn Medina, by and through undersigned counsel, in the above-referenced Chapter 7 Proceeding and request an extension of time to file the remaining schedules and statements to May 30, 2019. Debtor did not supply counsel with all the information needed to file the remaining schedules and statements in a timely manner. Debtor's counsel now has all documents needed, however, the Debtor needS time to review the schedules and statements prior to uploading them with the court.

SIGNED this date: 29th day of May, 2019

                                                                                    /s/ Scott M. Forrester
                                                                                     Scott M. Forrester, Esq.

# CERTIFICATE OF MAILING

I, Scott M. Forrester, hereby certify that copies of this notice were mailed on this, 29th day of May, 2019 to all interested parties as set forth herein below.

SIGNED this date: 29th day of May, 2019

/s/ Scott M. Forrester
Scott M. Forrester, Esq.

**U.S. Trustee**
Office of the U.S. Trustee
230 N. First Ave., Suite 204
Phoenix, Arizona 85003

**Trustee**
Maureen Gaughan
P.O. Box 6729
Chandler, AZ 85246